# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SCOTTIE H. GIBSON, #2431664 | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-1164-S-BT |
| | § | |
| NFN MACKEY, et al. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that this action is **DISMISSED WITH PREJUDICE** to it being asserted again until the *Heck v. Humphrey*, 512 U.S. 477 (1994) conditions are satisfied pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e)(2)(B).

**IT IS FURTHER ORDERED** that the Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge to the parties and their counsel.

**SO ORDERED.**

SIGNED November 26, 2024.

**UNITED STATES DISTRICT JUDGE**